# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.,
   Plaintiff,

**v.**                                              **CASE NUMBER:  97-2417 (HL)**

JOSE A. ALICEA RIVERA
ET AL.,
Defendants.

---

### MOTION

**Date Filed:**  3/31/00  **Docket #16**  [x] Plffs  [] Defts  [ ] Other
**Title:** Withdraw as Counsel of Record

### ORDER

**Granted**. The Clerk of the Court will notify all pertinent matters to Gloria Robinson-Guarch, Department of Justice, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192, telephone number 787-721-8010.

---

Date 4\10\0

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

