UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 12, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-2417 (JAG)**

========================================================================

HERBAL SENSATIONS                           Attorneys:
                                            For Plaintiffs:

        VS
                                            For Defendant:
JOSE ALICEA RIVERA


========================================================================

By Order of the Court a status conference in the above-mentioned case is hereby scheduled for **WEDNESDAY, NOVEMBER 1, 2000 AT 4:30 PM BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.


                                    _____
                                            LILY ALICEA
                                         COURTROOM DEPUTY