```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
```

**MINUTES OF PROCEEDINGS:**                DATE: NOVEMBER 1. 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO.CIVIL 97-2417 (JAG)
=================================================================

HERBAL SENSATIONS                          Attorneys:
                                           For Plaintiffs:
                                           EUGENIO ROMERO
                                           ROLANDO ANDINO

        VS
                                           For Defendant:
JOSE ALICEA RIVERA                         FRANCISCO OJEDA DIEZ


=================================================================

Case called for status conference. Theories of parties heard. A motion to dismiss has been filed by defendant.

Court order plaintiff to submit in writing a settlement demand to defendant by November 6, 2000.

A settlement conference is set for November 21, 2000 at 3:00 PM.

Parties to be notified.

                                        _____
                                              LILY ALICEA
                                            COURTROOM DEPUTY

