# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

      **v.**

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

**CIVIL NUMBER:** 97-2417 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/01/00 <br> **Title:** Urgent Request for Rescheduling of Settlement Conference <br> **Docket(s):** 24 <br> [x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** Settlement conference is scheduled for Monday, January 29, 2001 at 3:30 p.m. |

**Date:**  January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

CD
1/19/01