UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS:**            DATE:JANUARY 29, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**        CASE NO.CIVIL 97-2417 (JAG)
================================================================
HERBAL SENSATIONS                   Attorneys:
                                      For Plaintiffs:
                                      ROLANDO ANGLADA
         VS
                                      For Defendant:
JOSE ALICEA RIVERA                    FRANCISCO OJEDA DIEZ

================================================================

Case called for further settlement conference. Attorney for defendant indicates that there is pending a motion to dismiss. Court takes matter under advisement.

Plaintiff indicated to the Court that their discovery has been done since they had an administrative hearing before DACO.

**Court sets a further settlement conference for March 5, 2001 at 4:00 PM.**

**Parties to be notified.**

                                          _____
                                               LILY ALICEA
                                            COURTROOM DEPUTY

