# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

        v.                  **CIVIL NUMBER:** 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Tender Reply (by Defendant, 04/24/98); Motion to Tender Reply (by Plaintiff, 06/03/98);<br>**Docket(s):** 11, 13<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting Leave to Reply to Opposition to Motion to Dismiss (by Defendant, 03/30/98); Motion Requesting Authorization and Extension of Time to File Sur-Reply to Defendant's Motion to Dismiss (by Plaintiff, 05/04/98)<br>**Docket(s):** 10, 12<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **MOOT.** |

Date: February 21, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

