UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: MARCH 5, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         CASE NO. CIVIL 97-2417 (JAG)

==================================================================
HERBAL SENSATIONS                  Attorneys:
                                   For Plantiff: ROLANDO
                                   ANGLADA

        V

                                   For Defendant:
JOSE ALICEA RIVERA                 FRANCISCO OJEDA DIES
==================================================================

Case called for further settlement conference. Attorney for plaintiff wants the minutes of the prior conference amended to reflect that their discovery is advanced because of the hearing and DACO and not that it is finished.

Plaintiffs have asked for additional time to answer the motion to dismiss. The Court grants them 30 days to do so.

Defendants are granted thirty days to respond to the settlement made by plaintiffs.

A further settlement conference is hereby set for **Wednesday, April 4, 2001 at 4:00 PM.**

Parties to be notified.

s/cs:to ( 4 )
attys/pts
in ICMS

MAR 1 4 2001

_____
Lily Alicea-Courtroom Deputy