UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: APRIL 04, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         **CASE NO. 97-2417**

==================================================================

HERBAL SENSATIONS                         Attorneys: EUGENIO
                                          ROMERO
     VS

JOSE ALICEA RIVERA                        SALVADOR ANTONETTI
                                          FRANCISCO OJEDA DIES

---

Case called for further settlement conference. Attorney Salvador Antonetti informs the Court that he needs additional information to be able evaluate the settlement demand. He needs a detailed list of the economic damages suffered by the plaintiffs. Court grants plaintiff until May 30, 2001 to submit the same to defendant. Defendant has until June 20, 2001 to answer to the settlement demand.

A further settlement conference is set for **FRIDAY, JUNE 29, 2001 AT 3:00 PM.**

Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy

