UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                              DATE: JULY 3, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           CASE NO. CIV 97-2417 (JAG)

==================================================================
HERBAL SENSATIONS                        Attorneys:

                    VS

JOSE A. ALICEA RIVERA

---

By Order of the Court, at defendant's request, the settlement conference is hereby rescheduled for **FRIDAY, JULY 27, 2001 AT 10:00 AM.**

By that time defendant should have consulted the expert referred to in his motion for continuance and have a decision by the settlement committee.

Parties to be notified.

_____
Lily Alicea/Courtroom Deputy