UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

        v.            **CIVIL NUMBER:** 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/01<br>**Title:** Request for Extension of Time to Submit Expanded Report on Special Damages<br>**Docket(s):** 37<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The request appears to be moot. The parties shall inform the Court if they have already exchanged settlement offers prior to a follow-up settlement conference. |

Date: July 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


