UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS**:                      DATE: JULY 27, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**           **CASE NO. CIV. 97-2417 (JAG)**
===============================================================
HERBAL SENSATIONS                         Attorneys: ROLANDO ANGLADA

             VS

JOSE ALICEA RIVERA                        FRANCISCO OJEDA DIEZ
===============================================================

    Case called for further settlement conference. Attorney for defendant informed the Court that the committee rejected the settlement offer made and did not offer any amount to settle the case.

    Plaintiff indicated to the Court that the Court has held several settlement conferences and all the efforts were put towards that goal. Everything else was held in abeyance pending the outcome of the negotiations. They went through a lot of work since defendants continued asking for detailed information regarding the settlement amount.

    Plaintiff was granted thirty days to amend the complaint and the parties were granted thirty days to file whatever motions they deem necessary.

    After the expiration of these terms the Court will refer the pending motions to Magistrate Judge Gelpi for his Report and and Recommendation.

    Parties to be notified.

                                  *Lily Alicea*
                         Lily Alicea-Courtroom Deputy

