# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Motion Requesting Short Extension of Time to Amend the Pleadings<br>**Docket(s):** 46<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: August 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


