## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

    v.                  **CIVIL NUMBER:** 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/31/01<br>**Title:** Motion in Compliance with Order as to Amended Complaint<br>**Docket(s):** 47<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **NOTED.** The Amended Complaint is ordered to be filed. |

Date: September 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

