# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

    v.                      CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/01/01<br>**Title:** Motion for Extension of Time to Answer and/or Otherwise Plead<br>**Docket(s):** 51<br>[ ] **Plff(s)**  [x] **Dft(s)**  [ ] **Other** | **GRANTED** as requested. |

Date: October 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


