# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/16/01<br>**Title:** Motion for Further Extension of Time to Answer and/or Otherwise Plead<br>**Docket(s):** 54<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

**Date:** November 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


