UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    Plaintiff(s)

        v.                CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/28/01<br>**Title:** Motion Requesting Extension of Time to File Opposition to Defendant's Motion to Dismiss<br>**Docket(s):** 59<br>[ x ] **Plff(s)**    [ ] Dft(s)    [ ] Other | **GRANTED.** |

Date: January 23, 2002    JAY A. GARCIA-GREGORY
                                U.S. District Judge


