# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED 2002 FEB -5 AM 9:06 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR.

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

    v.                                **CIVIL NUMBER:** 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/25/02<br>**Title:** Request for Extension of Time<br>**Docket(s):** 61<br>[ x ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | **GRANTED.** |

Date: February 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


