# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

**Plaintiff(s)**

v.                                             **CIVIL NO.**   97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|

**Date Filed:** 02/28/02
**Title:** Final Request for Short Extension   **GRANTED.**
    of Time
**Docket(s):** 64
[ x ] Plff(s)    [ ] Dft(s)    [ ] Other

---

Date:  March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge