UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

   Plaintiff(s)

v.   CIVIL NO.   97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 03/08/02<br>Title: Motion Regarding Opposition to<br>      Motion to Dismiss<br>Docket(s): 66<br><br>[ x ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: March 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge