# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 23 AM 10: 19

RECEIVED AND FILED

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

    v.                      **CIVIL NO.**  97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/25/02<br>**Title:** Motion Requesting Leave to Reply Pursuant to Local Rule 311.7<br>**Docket(s):** 69<br><br>[ ] Plff(s)   [X] Dft(s)   [ ] Other | **GRANTED.** Reply must be filed by April 30, 2002. |

Date: April 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



