# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

        v.                    CIVIL NO.   97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/23/02<br>**Title:** Motion Informing Annual Leave<br>**Docket(s):** 72<br><br>[ ] Plff(s)   [X] Dft(s)   [ ] Other | NOTED. Counsel should make arrangements for other counsel from the Justice Department to appear and be prepared to represent defendants during his annual leave period. |

Date: May 24, 2002            JAY A. GARCIA-GREGORY
                                      U.S. District Judge

