UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



HERBAL SENSATIONS, INC.

Plaintiff(s)

v.  CIVIL NO. 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/16/02<br>**Title:** Urgent Motion Regarding Trial Scheduling Order and Request for Continuance of Trial Date<br>**Docket(s):** 75<br><br>[ ] Plff(s)   [X] Dft(s)   [ ] Other | **DENIED.** |

Date: August 23, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


