UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    Plaintiff(s)

        v.                            CIVIL NO.   97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    Defendant(s)

---

| MOTION | ORDER |
|---|---|

**Date Filed:** 10/01/02
**Title:** Motion to Withdraw as Attorney   **GRANTED.**
       of Record
**Docket(s):** 80

[ ] Plff(s)   [X] Dft(s)   [ ] Other

**Date:** October 7, 2002          **JAY A. GARCIA-GREGORY**
                                            U.S. District Judge