# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff(s)**

    v.                                      **CIVIL NUMBER: 97-2417 (JAG)**

JOSE A. ALICEA RIVERA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10-16-02<br>**Title:** Motion to Extend Time until 10-18-02 to file Proposed PTO<br>**Docket(s):** 83<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10-18-02<br>**Title:** Motion to Extend Time until 10-21-02 to file Proposed PTO<br>**Docket(s):** 84<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10-22-02<br>**Title:** Motion to Extend Time until 10-25-02 to file Proposed PTO<br>**Docket(s):** 86<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **GRANTED.** |

Date: October 24, 2002                             JAY A. GARCIA-GREGORY<br>
                                                          U.S. District Judge