UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

**Defendant(s)**

## SCHEDULING ORDER

The Pre-trial Conference scheduled for Tuesday, October 29, 2002 and the Trial scheduled for Tuesday, November 12, 2002 are hereby VACATED and SET ASIDE SINE DIE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of October 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge