UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    Plaintiff(s)

        v.                      CIVIL NUMBER: 97-2417 (JAG)

JOSE A. ALICEA RIVERA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1-27-98<br>**Title:** Motion to Dismiss<br>**Docket(s):** 7<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **DENIED without prejudice.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1-29-01<br>**Title:** Motion to Dismiss<br>**Docket(s):** 28<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **DENIED without prejudice.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4-29-02<br>**Title:** Motion Requesting Short Extension to File Leave to Reply<br>**Docket(s):** 71<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **MOOT.** |

Date: March 18, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge