**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

HERBAL SENSATIONS, INC.

    **Plaintiff**

        **v.**                  **CIVIL NO.** 97-2417 (JAG)

JOSE A. ALICEA RIVERA, <u>et</u>
<u>al.</u>

    **Defendants**

---

**PARTIAL JUDGMENT**

In accordance with the Opinion and Order issued today, the Court enters partial judgment dismissing plaintiff's claims against defendants Teresa Santoni, Jose Alicea Rivera, and Norma Giralt.

The Court enters partial judgment dismissing plaintiff's equal protection and due process claims against defendants Enrique Velazquez Irigoyen and Alberto Casanovas.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of June, 2003.

_____
JAY A. GARCIA-GREGORY
United States District Judge