UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.

    **Plaintiff**

    v.                                    CIVIL NO. 97-2417 (JAG)

JOSE A. ALICEA RIVERA, et al.

    **Defendants**

---

### ORDER

Docket No. 85 is denied without prejudice. If necessary, the Court will reconsider this motion when the trial date approaches.

Docket No. 89 is granted. The Court will issue a new scheduling order, should one be necessary, following its ruling on the pending First Amendment claim (which will come after the Court receives supplemental briefing from the parties, as stated in its Opinion and Order).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of June, 2003.

_____
JAY A. GARCIA-GREGORY
United States District Judge