# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2003 JUL 15 AM 11: ??

RECEIVED AND FILED

HERBAL SENSATIONS, INC.
    **Plaintiff(s)**

v.

**CIVIL NO.** 97-2417 (JAG)

HON. JOSE ALICEA RIVERA ET ALS.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7/2/2003<br>**Title:** Motion to withdraw as attorney of record<br>**Docket(s):** 94<br><br>☐ Plaintiffs ☐ Third Party<br>X Defendant(s) ☐ Other | GRANTED. The docket shall so reflect. |

Date: July 10, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

