# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



HERBAL SENSATIONS, INC.

**Plaintiff(s)**

v.                                         CIVIL NO.   97-2417 (JAG)

JOSE A. ALICEA RIVERA, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/17/2003<br>**Title:** Motion Requesting Short Extension of Time to Comply With order<br>**Docket(s):** 96 | **GRANTED.** No further extensions shall be granted. |

[X] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other**

Date:   August 1, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge



