IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS INC.
**Plaintiff(s)**

v.

JOSE ALICEA RIVERA
**Defendant(s)**

**CIVIL NO.** 97-2417(JAG)

## ORDER

Plaintiff filed a motion clarifying the nature of his commercial speech claim on August 11, 2003 ( Docket No. 98). Defendant shall have until September 29, 2003 to file an opposition to the same.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of September, 2003.

JAY A. GARCIA-GREGORY
United States District Judge



