


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HERBAL SENSATIONS, INC.,

**Plaintiff(s)**

v.                                    CIVIL NO.   97-2417 (JAG)

JOSE ALICEA RIVERA, et al.,

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** September 29, 2003<br>**Title:** Motion requesting an extension of time to oppose to Herbal's motion clarifying nature of commercial free speech claim.<br>**Docket(s):** 100<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)   ☐ Other | **GRANTED.** Defendants shall have until **Friday, October 17, 2003**, to file their opposition to plaintiff's motion. No further extensions will be granted. |

Date:   October 2, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

