IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HERBAL SENSATIONS, INC.,<br><br>**Plaintiff(s)**<br><br>v.<br><br>JOSE A. ALICEA RIVERA, <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO.** 97-2417 (JAG) |

**FINAL JUDGMENT**

In accordance with the order issued today, the Court enters judgment dismissing Herbal's commercial free speech claim **with prejudice**.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of March 2004.

<u>s/ Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
U.S. District Judge